**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: ADOPTION OF: : No. 194 WAL 2016
S.R.M. :
:
: Petition for Allowance of Appeal from
PETITION OF: R.M.B., FATHER : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.